Richard Smith, CSB # 049095
Allison G. Jackson, CSB # 157078
Harland Law Firm LLP
622 H Street
Eureka, California 95501
(707) 444-9281

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JEFF HOHLBEIN,

    Plaintiff,

v.

STEVEN WESTBROOK individually, HENRY WESTBROOK III individually, and dba THE SHIP ASHORE RESORT, RESERVATION RANCH and DOES ONE to FIFTY, inclusive,

    Defendants.

Case No. CV 07 6090 JCS

*STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT*

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties delineated below, through their attorneys of record, that Defendants, STEVEN WESTBROOK individually, HENRY WESTBROOK III individually, and dba THE SHIP ASHORE RESORT, RESERVATION RANCH and DOES ONE to FIFTY, inclusive, may extend their time to Answer the Complaint for Injunctive Relief and Damages, which was filed with this Court on December 3, 2007, (a copy of which is attached as Exhibit A and incorporated by reference). All parties stipulate that the time for all defendants to answer the complaint is extended an extra twenty (20) days from the date that the party last having been served. The most recent date of service having been made on a defendant

---

**STIPULATION EXTENDING TIME TO ANSWER**

to the action was December 20, 2007, making the answer due on January 10, 2008. The stipulation expressly extends the time for defendants to answer the complaint to February 1, 2008.

Dated: January 16, 2008                    SINGLETON LAW GROUP

By /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski,
Attorneys for Plaintiff JEFF HOHLBEIN

Dated: January 8, 2008                     THE HARLAND LAW FIRM LLP

By:  /s/ Allison G. Jackson
Richard Smith
Allison G. Jackson

Attorneys for Defendants STEVEN WESTBROOK individually, HENRY WESTBROOK III individually, THE SHIP ASHORE RESORT, RESERVATION RANCH

Dated: January 18, 2008

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

STIPULATION EXTENDING TIME TO ANSWER                    - 2 -