1  Richard Smith, CSB # 049095
   Allison G. Jackson, CSB # 157078
2  Harland Law Firm LLP
   622 H Street
3  Eureka, California 95501
   (707) 444-9281
4
   Attorneys for Defendants
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
   JEFF HOHLBEIN,                              Case No. CV 07 6090JCS
12
          Plaintiff,
13 v.
                                               ***SECOND STIPULATION EXTENDING***
14 STEVEN WESTBROOK individually,              ***TIME TO ANSWER THE COMPLAINT***
15 HENRY WESTBROOK III individually, and
   dba THE SHIP ASHORE RESORT,
16 RESERVATION RANCH and DOES ONE to
   FIFTY, inclusive,
17
          Defendants.
18  _____/

19
          Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, it is hereby stipulated
20
   by and between the parties delineated below, through their attorneys of record, that
21
   Defendants, STEVEN WESTBROOK individually, HENRY WESTBROOK III individually,
22
   and dba THE SHIP ASHORE RESORT, RESERVATION RANCH and DOES ONE to FIFTY,
23
   inclusive, may extend their time to Answer the Complaint for Injunctive Relief and Damages,
24
   which was filed with this Court on December 3, 2007, (a copy of which is attached as Exhibit
25
   A and incorporated by reference).   All parties stipulate that the time for all defendants to
26
   answer the complaint is extended an extra Fifty (50) days from the date that the party last
27
   having been served.   The most recent date of service having been made on a defendant
28

**SECOND STIPULATION EXTENDING TIME TO ANSWER**

to the action was December 20, 2007, making the answer due on January 10, 2008. The stipulation expressly extends the time for defendants to answer the complaint to March 2, 2008.

Dated: January 31, 2008

SINGLETON LAW GROUP

By: /s/ 
Jason K. Singleton,
Richard E. Grabowski,
Attorneys for Plaintiff JEFF HOHLBEIN

Dated: January 31, 2008

THE HARLAND LAW FIRM LLP

By: _/s/ Allison G. Jackson_
Richard Smith
Allison G. Jackson

Attorneys for Defendants STEVEN WESTBROOK individually, HENRY WESTBROOK III individually, THE SHIP ASHORE RESORT, RESERVATION RANCH

SECOND STIPULATION EXTENDING TIME TO ANSWER                - 2 -