1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
5  (707) 441-1177
   FAX 441-1533
6
   Attorney for Plaintiff, JEFF HOHLBEIN
7

8                         **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10 | JEFF HOHLBEIN,                                      ) Case No. C-07-6090 JCS
                                                         )
11 |         Plaintiff,                                  ) **NOTICE OF CHANGE OF**
                                                         ) **ATTORNEY EMAIL ADDRESS**
12 | v.                                                  )
                                                         )
13 | STEVEN WESTBROOK individually,                      )
   | HENRY WESTBROOK III individually, and               )
14 | dba THE SHIP ASHORE RESORT,                         )
   | RESERVATION RANCH and DOES ONE to                   )
15 | FIFTY, inclusive,                                   )
                                                         )
16 |         Defendants.                                 )

17

18 **TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
19 RECORD:**

20     **PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email

21 addresses effective February 1, 2008.  All other attorney information remains unchanged.  The

22 new email addresses are as follows:

23     JASON K. SINGLETON         jason@singletonlawgroup.com

24     RICHARD E. GRABOWSKI      rgrabowski@mckinleyville.net

25                                        **SINGLETON LAW GROUP**

26
   Dated:      February 15, 2008              /s/ Jason K. Singleton
27                                           Jason K. Singleton,
                                             Richard E. Grabowski, Attorneys for
28                                           Plaintiff, **JEFF HOHLBEIN**